

| Exhibit A | | |
|---|---|---|
| # | Subject Photography | Offensive Uses |
| 1 | | https://www.thetravel.com/joshua-tree-cabins/ |
| 2 | | https://www.thetravel.com/joshua-tree-cabins/ |
| 3 | | https://www.thetravel.com/best-time-to-visit-moab-utah/ |



https://www.thetravel.com/when-to-visit-the-griffith-observatory/

https://www.thetravel.com/hike-this-oregon-trail-to-feel-like-a-hobbit/

https://www.thetravel.com/why-hike-upper-and-lower-antelope-canyon/



| 7 | | https://www.thetravel.com/why-hike-upper-and-lower-antelope-canyon/ |
| 8 | | https://www.thetravel.com/only-place-to-swim-in-crater-lake/ |
| 9 | | https://www.thetravel.com/10-best-national-parks-in-usa/ |
| 10 | | https://www.thetravel.com/reintroduction-of-wolves-to-colorado/ |



| 11 | https://www.thetravel.com/can-you-hike-lower-antelope-canyon-without-a-guide/ |
| 12 | https://www.thetravel.com/how-long-is-malibu-to-los-angeles/ |
| 13 | https://www.thetravel.com/things-to-do-in-yellowstone/ |
| 14 | |



https://www.thetravel.com/how-to-climb-half-dome-with-cable-supports/

15

https://www.thetravel.com/arizona-road-trip/

16

https://www.thetravel.com/are-yosemite-hikes-hard/

17

https://www.thetravel.com/best-winter-hikes-us/

18



| | | https://www.thetravel.com/explore-cascade-range/ |
| 19 | | https://www.thetravel.com/national-parks-with-stunning-fall-foliage/ |
| 20 | | https://www.thetravel.com/hiking-trails-samuel-h-boardman-scenic-corridor-in-oregon/ |
| 21 | | https://www.thetravel.com/full-guide-to-hiking-canyonlands-four-districts/ |



| 22 | | https://www.thetravel.com/niagara-falls-vs-yosemite-falls/ |
| 23 | | https://www.thetravel.com/hidden-gem-destinations-on-the-west-coast/ |
| 24 | | https://www.thetravel.com/3-day-camping-adventure-in-yosemite-from-san-francisco/ |



| 25 | | https://www.thetravel.com/how-to-explore-seabrook-on-the-washington-coast/ |
| 26 | | https://www.thetravel.com/how-to-access-tunnel-view-in-yosemite/ |
| 27 | | https://www.thetravel.com/best-places-for-fall-foliage-on-the-west-coast/ |



| 28 | | https://www.thetravel.com/things-to-skip-at-the-grand-canyon/ |
| 29 | | https://www.thetravel.com/where-to-see-fall-foliage-around-las-vegas/ |
| 30 | | https://www.thetravel.com/places-to-snap-el-capitans-best-pics/ |
| 31 | | |



| | | |
|---|---|---|
| | | https://www.thetravel.com/ufo-watchtower-in-colorado/ |
| 32 | | https://www.thetravel.com/where-to-watch-the-sunrise-over-the-grand-canyon/ |
| 33 | | https://www.thetravel.com/national-parks-in-california-to-avoid-crowds/ |
| 34 | | https://www.thetravel.com/best-us-cities-for-a-winter-road-trip/ |



| 35 | https://www.thetravel.com/best-spring-festivals-and-outdoor-activities-in-the-us/#hike-to-the-stunning-arches-national-park-utah |
| 36 | https://www.thetravel.com/most-beautiful-spring-destinations-in-california/#joshua-tree-national-park |