# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Elliot McGucken

Name(s) of counsel (if any):

Scott Alan Burroughs
Frank R. Trechsel

Address: 603 Rose Avenue, Venice California 90291

Telephone number(s): 310-590-1820

Email(s): scott@donigerlawfirm.com, ftrechsel@donigerlawfirm.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ☉ Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Valnet, Inc.

Name(s) of counsel (if any):

Marc E. Mayer
David A. Steinberg
Marissa B. Lewis

Address: 2049 Century Park East, 19th Floor, Los Angeles, CA 90067

Telephone number(s): (310) 312-2000

Email(s): mem@msk.com, das@msk.com, mbl@msk.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                           2                                    *New 12/01/2018*