Name: Scott Alan Burroughs; Frank R. Trechsel
Address: 603 Rose Avenue
City, State, Zip: Venice, CA 90232
Phone: 310-590-1820
Fax:
E-Mail: scott@donigerlawfirm.com; ftrechsel@donigerlawfirm.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Elliot McGucken

PLAINTIFF(S),

v.

Valnet, Inc.

DEFENDANT(S).

CASE NUMBER:

2:23-cv-06753-JLS-SSC

**AMENDED NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _Elliot McGucken_ hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): Dkt. 23 Order Granting Motion to Dismiss

☒ Judgment (specify): Dkt.27 Judgment

☐ Other (specify):

Imposed or Filed on _01/24/2024 and 01/26/2024_. Entered on the docket in this action on _01/24/2024 and 01/26/2024_.

A copy of said judgment or order is attached hereto.

January 30, 2024          /s/ Scott Alan Burroughs
Date                      Signature
                          ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).