JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ELLIOT MCGUCKEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALNET, INC., ET AL.,<br><br>　　　　Defendant. | Case No. 2:23-cv-06753-JLS-SSC<br><br>**JUDGMENT** |

On January 24, 2024, the Court issued an Order (Doc. 22) granting Defendants' motion to dismiss (Doc. 15). Accordingly, it is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED WITH PREJUDICE pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

DATE:_January 26, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1