1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT MCGUCKEN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALNET, INC., a Canadian corporation, individually, and doing business as "TheTravel.com," and DOES 1-10,<br><br>　　　　Defendants. | CASE NO.  2:23-cv-06753-JLS-SSC<br><br>**ORDER GRANTING STIPULATION TO STAY BRIEFING ON MOTION FOR ATTORNEYS' FEES (Doc. 30)** |

**ORDER**

Good cause being shown in the Parties' Stipulation to Stay Briefing on the Motion for Attorneys' Fees ("Fees Motion"), IT IS HEREBY ORDERED THAT Defendant Valnet, Inc. may have until fourteen days until after the final action by any appellate court in this action, including the U.S. Supreme Court, to file the Fees Motion in this action.

DATED: February 8, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE